# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00552-CV

**In re Kyle Holland**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: August 24, 2018